**UNITED STATES DISTRICT COURT**
**District of Connecticut**

**AFFIDAVIT OF SERVICE**



*267594*

Index no : **3:26-CV-00062-SVN**

**Benjamin Meeker**

Plaintiff(s),

vs.

**Guoquiang Chen**

Defendant(s).

_____/

**STATE OF CONNECTICUT**
                              **ss: East Hartford**
**HARTFORD COUNTY**

**Ethan Yade**, the undersigned, being duly sworn, deposes and says that I was at the time of service over the age of eighteen and not a party to this action. I reside in the State of Connecticut.

On **01/22/2026** at **4:05 PM**, I served the within **Summons in a Civil Action, Complaint, Exhibits, Civil Cover Sheet, Order on Pretrial Deadlines, Electronic Filing Order, Standing Protective Order, Exhibit A, Notice to Counsel and Self-Represented Parties, Order Re: Disclosure Statement** on **Guoquiang Chen** at **55 Arbor Crossing, East Lyme, CT 06333** in the manner indicated below:

SUITABLE AGE: By delivering a true copy of each to **Jane Doe, Co-resident,** a person of suitable age and discretion. Said premises is recipient's usual place of abode within the state.

Comments: **1/17/26 @ 7:00pm - The Orchards of East Lyme community. Single-family townhouse. No cars, lights off. No answer, left notice. No answer 57 to verify. 1/22/26 @ 4:05pm - Spoke with woman at door. She spoke very little English. When I asked for subject by name and show showed her subject's name on documents, she said yes. When I asked if subject or anyone else was home, she had trouble understanding, but said no. She said that this was her home. When I asked her if subject lives here, she couldn't understand. I asked in multiple ways and she eventually said that she can give documents to subject and took them in hand. She either couldn't understand or declined to give her name. She couldn't understand when I asked for marital and military status for subject.**

A description of the Recipient, or other person served on behalf of the Recipient is as follows:

| Perceived Gender | Perceived Race | Color of Hair | Age | Height | Weight |
|---|---|---|---|---|---|
| **Female** | **Asian** | **Brown** | **35** | **5'3"** | **180** |
| Other Features: | | | | | |

Sworn to and subscribed before me on
January 23, 2026
by an affiant who is personally known to
me or produced identification.

X_____
Ethan Yade
Connecticut Process Serving, LLC
67 Burnside Ave
East Hartford, CT 06108
888.528.2920
Atty File#:

NOTARY PUBLIC
My Commission Expires:

AMY J. CHANTRY
NOTARY PUBLIC
MY COMMISSION EXPIRES
3/31/2028



